# IN THE SUPREME COURT OF THE STATE OF DELAWARE

PEOPLE FIRST INSURANCE, INC., §
a Delaware corporation, T&D § No. 186, 2018
INSURANCE, INC., a Delaware §
corporation, THOMAS WISELEY §
INSURANCE, INC., a Pennsylvania § Court Below—Superior Court
foreign corporation, and THOMAS § of the State of Delaware
WISELEY, §
  § C.A. No. N12C-12-145
  §
    Defendants Below, §
    Appellants, §
  §
    v. §
  §
DOHERTY & ASSOCIATES, INC., §
a Delaware corporation, §
  §
    Plaintiff Below, §
    Appellee. §

Submitted: December 5, 2018
Decided:   January 14, 2019

Before **STRINE**, Chief Justice; **VAUGHN**, and **SEITZ**, Justices.

## ORDER

This 14th day of January, 2019, after considering the parties' briefs and the record on appeal, it appears to the Court that March 22, 2018 order of the Superior Court should be affirmed because the Superior Court did not abuse its discretion in refusing to vacate the default judgments under Superior Court Civil Rule 60.

NOW, THEREFORE, IT IS ORDERED that the March 22, 2018 judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice